Original
No. 7582

STATE OF NEW HAMPSHIRE

v.

ANN CAROL RILEY AND BRIAN CULLEN

September 13, 1976

*David H. Souter,* attorney general, and *Gregory H. Smith,* assistant attorney general, and *Carleton Eldredge,* county attorney *(Mr. Smith* and *Mr. Eldredge* orally), for the State.

*Kearns & Colliander (Mr. Peter F. Kearns* orally) for the defendants.

Original
No. 7584